# EXHIBIT 1

Exhibit 1 - Page 15



Exhibit 1 - Page 16

# EXHIBIT 2

Exhibit 2 - Page 17



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-195-968

**Effective Date of Registration:**
July 13, 2013

## Title

| | |
|---|---|
| **Title of Work:** | ELMAR COLLECTION 2013 |
| **Content Title:** | DU506 |
| | DU510 |
| | DU511 |
| | DU517 |
| | DU518 |
| | DU524 |
| | DU525 |
| | DU526 |
| | SE30474 |
| | SE30491 |
| | SE30492 |
| | SE30494 |
| | SE30495 |
| | SE30504 |
| | DU527 |

## Completion/Publication

**Year of Completion:** 2013

## Author

- **Author:** FABRIC SELECTION, INC.
  **Author Created:** DESIGN ON SHEETLIKE MATERIAL
  **Work made for hire:** Yes
  **Citizen of:** United States

Page 1 of 2

**Exhibit 2 - Page 18**

**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** FABRIC SELECTION, INC.
800 E.14TH STREET, LOS ANGELES, CA, 90021, United States

## Rights and Permissions

**Organization Name:** FABRIC SELECTION, INC.
**Name:** RITA NEMAN
**Email:** rita@fabricselection.com
**Telephone:** (213)747-6297
**Address:** 800 E. 14TH STREET
LOS ANGELES, CA 90021 United States

## Certification

**Name:** RITA NEMAN
**Date:** June 08, 2013

**Correspondence:** Yes



Page 2 of 2

Exhibit 2 - Page 19

# EXHIBIT 3

Exhibit 3 - Page 20



Exhibit 3 - Page 21

# EXHIBIT 4

Exhibit 4 - Page 22

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-124-261

**Effective date of
registration:**

December 29, 2012

---

## Title

**Title of Work:** KEALY COLLECTION 2012

**Contents Titles:** DU320

DU321

DU322

DU323

DU324

SE21196

SE21199

SE211102

SE211110

SE211115

SE211116

SE211117

SE211118

SE211120

SE211123

SE211132

SE211133

SE211134

SE211135

SE211137

SE211138

SE211139

SE211140

SE211141

SE211142

**Exhibit 4 – Page 23**

SE211143
SE211144
SE211145
SE211147
SE211151
SE211162
SE211163

## Completion/Publication

Year of Completion: 2012

## Author

Author: FABRIC SELECTION, INC.

Author Created: DESIGN ON SHEETLIKE MATERIAL

Work made for hire: Yes

Citizen of: United States          Domiciled in: United States

## Copyright claimant

Copyright Claimant: FABRIC SELECTION, INC.

800 E.14TH STREET, LOS ANGELES, CA, 90021, United States

## Rights and Permissions

Organization Name: FABRIC SELECTION, INC.

Name: RITA NEMAN

Email: rita@fabricselection.com          Telephone: 213-747-6297

Address: 800 E. 14TH STREET

LOS ANGELES, CA 90021 United States

## Certification

Name: RITA NEMAN

Date: December 29, 2012

Exhibit 4 – Page 24

# EXHIBIT 5

Exhibit 5 - Page 25



Exhibit 5 - Page 26

# EXHIBIT 6

Exhibit 6 - Page 27

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-124-146

**Effective date of
registration:**

February 16, 2013

## Title

**Title of Work:** ADISH COLLECTION 2013

**Contents Titles:** DU384

DU389

SE30144

SE30155

## Completion/Publication

**Year of Completion:** 2013

## Author

**Author:** FABRIC SELECTION, INC.

**Author Created:** DESIGN ON SHEETLIKE MATERIAL

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** FABRIC SELECTION, INC.

800 E.14TH STREET, LOS ANGELES, CA, 90021, United States

## Rights and Permissions

**Organization Name:** FABRIC SELECTION, INC.

**Name:** RITA NEMAN

**Email:** rita@fabricselection.com      **Telephone:** 213-747-6297

**Address:** 800 E. 14TH STREET

LOS ANGELES, CA 90021  United States

## Certification

**Exhibit 6 - Page 28**

# EXHIBIT 7

Exhibit 7 - Page 29



Exhibit 7 - Page 30

# EXHIBIT 8

Exhibit 8 - Page 31

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# VAu 1-134-449

**Effective date of
registration:**

May 4, 2013

---

## Title

| | |
|---|---|
| **Title of Work:** | COLSTON COLLECTION 2013 |
| **Contents Titles:** | DU460 |
| | DU461 |
| | DU462 |
| | DU463 |
| | DU474 |
| | SE303111 |
| | SE303130 |

## Completion/Publication

**Year of Completion:** 2013

## Author

■ **Author:** FABRIC SELECTION, INC.

**Author Created:** DESIGN ON SHEETLIKE MATERIAL

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** FABRIC SELECTION, INC.

800 E.14TH STREET, LOS ANGELES, CA, 90021, United States

## Rights and Permissions

**Organization Name:** FABRIC SELECTION, INC.

**Name:** RITA NEMAN

**Email:** rita@fabricselection.com        **Telephone:** 213-747-6297

**Address:** 800 E. 14TH STREET

LOS ANGELES, CA 90021  United States

## Certification

Page 1 of 2

**Exhibit 8 - Page 32**

**Name:** RITA NEMAN

**Date:** April 6, 2013



**Exhibit 8 - Page 33**

# EXHIBIT 9

Exhibit 9 - Page 34



Exhibit 9 - Page 35

# EXHIBIT 10

Exhibit 10 - Page 36

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-144-637

**Effective date of
registration:**

September 21, 2013

## Title

| | |
|---|---|
| **Title of Work:** | IONNES COLLECTION 2013 |
| **Contents Titles:** | DU654 |
| | DU656 |
| | DU657 |
| | DU659 |
| | SE30934 |
| | SE30939 |
| | SE30943 |
| | SE30944 |
| | SE30947 |
| | SE30948 |
| | SE30949 |
| | SE30950 |
| | SE30951 |
| | SE30953 |
| | SE30955 |
| | SE30957 |
| | SE30958 |
| | SE30962 |
| | SE30963 |
| | SE30964 |
| | SE30965 |
| | SE30967 |
| | SE30969 |
| | SE30972 |
| | SE30973 |

**Exhibit 10 - Page 37**

SE30974

SE30980

SE30981

SE30982

SE30983

SE30984

SE30985

SE30986

## Completion/Publication

**Year of Completion:** 2013

## Author

■

**Author:** FABRIC SELECTION, INC.

**Author Created:** DESIGN ON SHEETLIKE MATERIAL

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** FABRIC SELECTION, INC.

800 E.14TH STREET, LOS ANGELES, CA, 90021, United States

## Rights and Permissions

**Organization Name:** FABRIC SELECTION, INC.

**Name:** RITA NEMAN

**Email:** rita@fabricselection.com **Telephone:** 213-747-6297

**Address:** 800 E. 14TH STREET

LOS ANGELES, CA 90021 United States

## Certification

**Name:** RITA NEMAN

**Date:** September 21, 2013

Exhibit 10 – Page 38

# EXHIBIT 11

Exhibit 11 - Page 39



Exhibit 11 - Page 40

# EXHIBIT 12

Exhibit 12 - Page 41

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-151-678**

**Effective date of registration:**

November 2, 2013

## Title

| | |
|---|---|
| **Title of Work:** | JAJA COLLECTION 2013 |
| **Contents Titles:** | DU678 |
| | DU679 |
| | SE31063 |
| | SE31064 |
| | SE31065 |
| | SE31075 |
| | SE31076 |
| | SE31077 |
| | SE31078 |
| | SE31090 |
| | SE31091 |
| | SE31092 |
| | SE310104 |
| | SE310107 |

## Completion/Publication

**Year of Completion:** 2013

## Author

| | |
|---|---|
| **Author:** | FABRIC SELECTION, INC. |
| **Author Created:** | DESIGN ON SHEETLIKE MATERIAL |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States  **Domiciled in:** United States |

## Copyright claimant

**Copyright Claimant:** FABRIC SELECTION, INC.

800 E. 14TH STREET, LOS ANGELES, CA, 90021, United States

Page 1 of 2

**Exhibit 12 – Page 42**

## Rights and Permissions

**Organization Name:** FABRIC SELECTION, INC.

**Name:** RITA NEMAN

**Email:** rita@fabricselection.com

**Telephone:** 213-747-629?

**Address:** 800 E. 14TH STREET

LOS ANGELES, CA 90021  United States

## Certification

**Name:** RITA NEMAN

**Date:** November 2, 2013



Page 2 of 2

**Exhibit 12 – Page 43**

# EXHIBIT 13

Exhibit 13 - Page 44



Exhibit 13 - Page 45

# EXHIBIT 14

Exhibit 14 - Page 46

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-155-087

**Effective date of registration:**

December 28, 2013

---

## Title

**Title of Work:** LEGRAND COLLECTION 2013

**Contents Titles:** DU713

SE31248

SE31249

SE31251

SE31252

SE31255

SE31257

SE31258

SE31259

SE31260

SE31261

SE31262

SE31263

SE31266

SE31268

SE31271

SE31272

SE31273

SE31274

SE31276

SE31277

SE31278

SE31280

SE31283

SE31284

Exhibit 14 – Page 47

# EXHIBIT 15

Exhibit 15 - Page 48



Exhibit 15 - Page 49

# EXHIBIT 16

Exhibit 16 - Page 50

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-124-274

**Effective date of
registration:**

April 24, 2012

---

**Title**

**Title of Work:** DUNSTAN COLLECTION 2012

**Contents Titles:** DU258

SE20402

SE20421

SE20450

SE20459

DU262

SE20407

SE20438

SE20456

SE20460

DU263

SE20408

SE20444

SE20457

DU264

SE20420

SE20448

SE20458

---

**Completion/Publication**

**Year of Completion:** 2012

**Author**

---

Page 1 of 2

Exhibit 16 – Page 51

# EXHIBIT 17

Exhibit 17 - Page 52



Exhibit 17 - Page 53

# EXHIBIT 18

Exhibit 18 - Page 54

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-103-236

**Effective date of registration:**

June 2, 2012

## Title ──────────────

**Title of Work:** EDBERT COLLECTION 2012

**Contents Titles:** SE20565

SE20566

SE20567

## Completion/Publication ──────────

**Year of Completion:** 2012

## Author ──────────────

**Author:** FABRIC SELECTION, INC.

**Author Created:** DESIGN ON SHEETLIKE MATERIAL

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant ──────────

**Copyright Claimant:** FABRIC SELECTION, INC.

800 E.14TH STREET, LOS ANGELES, CA, 90021, United States

## Rights and Permissions ──────────

**Organization Name:** FABRIC SELECTION, INC.

**Name:** RITA NEMAN

**Email:** rita@fabricselection.com          **Telephone:** 213-747-6297

**Address:** 800 E. 14TH STREET

LOS ANGELES, CA 90021  United States

## Certification ──────────────

**Name:** RITA NEMAN

**Date:** June 2, 2012

**Exhibit 18 – Page 55**

# EXHIBIT 19

Exhibit 19 - Page 56



Exhibit 19 - Page 57

# EXHIBIT 20

Exhibit 20 - Page 58

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-144-874**

**Effective date of registration:**

October 12, 2013

## Title

**Title of Work:**  JOOST COLLECTION 2013

**Contents Titles:**  SE31033

SE31051

SE31059

## Completion/Publication

**Year of Completion:**  2013

## Author

**Author:**  FABRIC SELECTION, INC.

**Author Created:**  DESIGN ON SHEETLIKE MATERIAL

**Work made for hire:**  Yes

**Citizen of:**  United States          **Domiciled in:**  United States

## Copyright claimant

**Copyright Claimant:**  FABRIC SELECTION, INC.

800 E. 14TH STREET, LOS ANGELES, CA, 90021, United States

## Rights and Permissions

**Organization Name:**  FABRIC SELECTION, INC.

**Name:**  RITA  NEMAN

**Email:**  rita@fabricselection.com          **Telephone:**  213-747-6297

**Address:**  800 E. 14TH STREET

LOS ANGELES, CA 90021  United States

## Certification

**Name:**  RITA NEMAN

**Date:**  October 12, 2013

Page  1 of 2

**Exhibit 20 - Page 59**

**Registration #:**  VAU001144874
**Service Request #:**  1-1005880662



FABRIC SELECTION, INC.
RITA NEMAN
800 E. 14TH STREET
LOS ANGELES, CA 90021  United States

**Exhibit 20 – Page 60**

# EXHIBIT 21

Exhibit 21 - Page 61



Exhibit 21 - Page 62

# EXHIBIT 22

Exhibit 22 - Page 63

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-151-683**

**Effective date of
registration:**

November 2, 2013

---

## Title

| | |
|---|---|
| **Title of Work:** | JAMOND COLLECTION 2013 |
| **Contents Titles:** | DU677 |
| | SE31069 |
| | SE31070 |
| | SE31071 |
| | SE31072 |
| | SE31073 |
| | SE31074 |
| | SE31079 |
| | SE31080 |
| | SE31081 |
| | SE31082 |
| | SE31083 |
| | SE31084 |
| | SE31085 |
| | SE31086 |
| | SE31087 |
| | SE31088 |
| | SE31089 |
| | SE31093 |
| | SE31094 |
| | SE31095 |
| | SE31096 |
| | SE31097 |
| | SE31098 |
| | SE31099 |

Page 1 of 2

Exhibit 22 - Page 64

SE310101

SE310102

SE310103

SE310105

SE310106

## Completion/Publication

Year of Completion: 2013

## Author

Author: FABRIC SELECTION, INC.

Author Created: DESIGN ON SHEETLIKE MATERIAL

Work made for hire: Yes

Citizen of: United States    Domiciled in: United States

## Copyright claimant

Copyright Claimant: FABRIC SELECTION, INC.

800 E. 14TH STREET, LOS ANGELES, CA, 90021, United States

## Rights and Permissions

Organization Name: FABRIC SELECTION, INC.

Name: RITA NEMAN

Email: rita@fabricselection.com    Telephone: 213-747-6297

Address: 800 E. 14TH STREET

LOS ANGELES, CA 90021  United States

## Certification

Name: RITA NEMAN

Date: November 2, 2013

Page 2 of 2

Exhibit 22 – Page 65

# EXHIBIT 23

Exhibit 23 - Page 66



Exhibit 23 - Page 67

# EXHIBIT 24

Exhibit 24 - Page 68

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-151-710**

**Effective date of registration:**

November 16, 2013

---

## Title

**Title of Work:** KENLEY COLLECTION 2013

**Contents Titles:** DU688

DU689

SE01205A

SE31104

SE31106

SE31107

SE31108

SE31109

SE31110

SE31111

SE31112

SE31113

SE31114

SE31117

SE31118

SE31120

SE31121

SE31122

SE31123

SE31127

SE31130

SE31138

SE31140

SE31141

SE31142

Page 1 of 2

**Exhibit 24 – Page 69**

SE31143

SE31144

SE31145

SE310145

SE310146

SE310147

SE310148

## Completion/Publication

**Year of Completion:** 2013

## Author

■ **Author:** FABRIC SELECTION, INC.

**Author Created:** DESIGN ON SHEETLIKE MATERIAL

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** FABRIC SELECTION, INC.

800 E.14TH STREET, LOS ANGELES, CA, 90021, United States

## Rights and Permissions

**Organization Name:** FABRIC SELECTION, INC.

**Name:** RITA NEMAN

**Email:** rita@fabricselection.com          **Telephone:** 213-747-6297

**Address:** 800 E. 14TH STREET

LOS ANGELES, CA 90021  United States

## Certification

**Name:** RITA NEMAN

**Date:** November 16, 2013

Exhibit 24 - Page 70

# EXHIBIT 25

Exhibit 25 - Page 71



Exhibit 25 - Page 72

# EXHIBIT 26

Exhibit 26 - Page 73

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# VAu 1-151-716

**Effective date of
registration:**

December 14, 2013

## Title

| | |
|---|---|
| **Title of Work:** | LARIS COLLECTION 2013 |
| **Contents Titles:** | DU699 |
| | DU703 |
| | DU705 |
| | DU706 |
| | SE21229A |
| | SE31185 |
| | SE31187 |
| | SE31188 |
| | SE31189 |
| | SE31190 |
| | SE31193 |
| | SE31195 |
| | SE31197 |
| | SE31203 |
| | SE31205 |
| | SE31207 |
| | SE31208 |
| | SE31210 |
| | SE308116A |

## Completion/Publication

**Year of Completion:** 2013

## Author

Page 1 of 2

**Exhibit 26 – Page 74**

| | |
|---|---|
| **Author:** | FABRIC SELECTION, INC. |
| **Author Created:** | DESIGN ON SHEETLIKE MATERIAL |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** FABRIC SELECTION, INC.

800 E.14TH STREET, LOS ANGELES, CA, 90021, United States

## Rights and Permissions

**Organization Name:** FABRIC SELECTION, INC.

**Name:** RITA NEMAN

**Email:** rita@fabricselection.com

**Telephone:** 213-747-6297

**Address:** 800 E. 14TH STREET

LOS ANGELES, CA 90021  United States

## Certification

**Name:** RITA NEMAN

**Date:** December 14, 2013



Exhibit 26 – Page 75

# EXHIBIT 27

Exhibit 27 - Page 76



Exhibit 27 - Page 77

# EXHIBIT 28

Exhibit 28 - Page 78

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-155-088**

**Effective date of registration:**

December 28, 2013

---

## Title

**Title of Work:** LAVRENTI COLLECTION 2013

**Contents Titles:** SE31250

SE31254

SE31256

SE31265

SE31269

SE31279

SE31293

SE31294

SE31295

SE31296

SE31297

SE31298

SE31299

SE312100

SE312101

SE312103

SE312104

SE312105

SE312106

SE312109

SE312110

SE312112

SE312116

SE312119

Exhibit 28 - Page 79

## Completion/Publication

Year of Completion: 2013

## Author

Author: FABRIC SELECTION, INC.

Author Created: DESIGN ON SHEETLIKE MATERIAL

Work made for hire: Yes

Citizen of: United States                    Domiciled in: United States

## Copyright claimant

Copyright Claimant: FABRIC SELECTION, INC.

800 E. 14TH STREET, LOS ANGELES, CA, 90021, United States

## Rights and Permissions

Organization Name: FABRIC SELECTION, INC.

Name: RITA NEMAN

Email: rita@fabricselection.com

Address: 800 E. 14TH STREET

Telephone: 213-747-6297

LOS ANGELES, CA 90021  United States

## Certification

Name: RITA NEMAN

Date: December 28, 2013



Exhibit 28 - Page 80

# EXHIBIT 29

Exhibit 29 - Page 81



Exhibit 29 - Page 82

# EXHIBIT 30

Exhibit 30 - Page 83



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-158-003

**Effective date of registration:**

February 1, 2014

---

## Title

|  |  |
|---|---|
| **Title of Work:** | MACKENZIE COLLECTION 2014 |
| **Contents Titles:** | SE40193 |
|  | SE40194 |
|  | SE40195 |
|  | SE40196 |
|  | SE40197 |
|  | SE40198 |
|  | SE40199 |
|  | SE401100 |
|  | SE401101 |
|  | SE401102 |
|  | SE401103 |
|  | SE401104 |
|  | SE401105 |
|  | SE401108 |
|  | SE401111 |
|  | SE401112 |
|  | SE401113 |
|  | SE401117 |
|  | SE401118 |
|  | SE401120 |
|  | SE401122 |
|  | SE401123 |
|  | SE401127 |
|  | SE401137 |
|  | SE401140 |

Page 1 of 3

**Exhibit 30 - Page 84**

SE401144
SE401145
SE401147
SE401148
SE401151
SE401153
SE401154
SE401155
SE401156
SE401161
SE401162
SE401163
SE401167
SE401170
SE401171
SE401172
SE401173
SE401174
SE401175
SE401476
SE401177
SE401178
SE401179
SE401181
SE401183
SE401184
SE401185
SE401186
SE401188
SE401189
SE401190
SE401193
SE401205
SE401208
SE401209
SE401210
SE401211
SE401212
SE401213



Page 2 of 3

Exhibit 30 - Page 85

SE401215
SE401216
SE401217
SE401218

## Completion/Publication

Year of Completion: 2014

## Author

Author: FABRIC SELECTION, INC.

Author Created: DESIGN ON SHEETLIKE MATERIAL

Work made for hire: Yes

Citizen of: United States          Domiciled in: United States

## Copyright claimant

Copyright Claimant: FABRIC SELECTION, INC.

800 E.14TH STREET, LOS ANGELES, CA, 90021, United States

## Rights and Permissions

Organization Name: FABRIC SELECTION, INC.

Name: RITA NEMAN

Email: rita@fabricselection.com          Telephone: 213-747-6297

Address: 800 E. 14TH STREET

LOS ANGELES, CA 90021  United States

## Certification

Name: RITA NEMAN

Date: February 1, 2014

Exhibit 30 – Page 86

# EXHIBIT 31

Exhibit 31 - Page 87



Exhibit 31 - Page 88

# EXHIBIT 32

Exhibit 32 - Page 89

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-169-896

**Effective date of
registration:**

June 7, 2014

---

### Title

**Title of Work:** QUAIN COLLECTION 2014

**Contents Titles:** SE40549

SE40553

SE40574

SE40576

SE40578

SE40587

SE40591

SE40596

SE40597

SE40599

SE405100

SE405101

SE405105

SE405106

SE405107

### Completion/Publication

**Year of Completion:** 2014

### Author

■   **Author:** FABRIC SELECTION, INC.

**Author Created:** DESIGN ON SHEETLIKE MATERIAL

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

### Copyright claimant

Page 1 of 2

**Exhibit 32 – Page 90**

**Copyright Claimant:** FABRIC SELECTION, INC.

800 E. 14TH STREET, LOS ANGELES, CA, 90021, United States

## Rights and Permissions

**Organization Name:** FABRIC SELECTION, INC.

**Name:** RITA NEMAN

**Email:** rita@fabricselection.com     **Telephone:** 213-747-6397

**Address:** 800 E. 14TH STREET

LOS ANGELES, CA 90021  United States

## Certification

**Name:** RITA NEMAN

**Date:** June 7, 2014



**Exhibit 32 - Page 91**

# EXHIBIT 33

Exhibit 33 - Page 92



Exhibit 33 - Page 93

# EXHIBIT 34

Exhibit 34 - Page 94

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-169-996**

**Effective date of registration:**

June 7, 2014

---

## Title

**Title of Work:** QUILLER COLLECTION 2014

**Contents Titles:** DU775

SE40546
SE40548
SE40551
SE40554
SE40555
SE40558
SE40565
SE40566
SE40567
SE40572
SE40573
SE40575
SE40581
SE40582
SE40584
SE40585
SE40586
SE40588
SE40589
SE40590
SE40593
SE40598
SE405102
SE405103

Page 1 of 2

Exhibit 34 - Page 95

## Completion/Publication

Year of Completion: 2014

## Author

Author: FABRIC SELECTION, INC.

Author Created: DESIGN ON SHEETLIKE MATERIAL

Work made for hire: Yes

Citizen of: United States                    Domiciled in: United States

## Copyright claimant

Copyright Claimant: FABRIC SELECTION, INC.

800 E. 14TH STREET, LOS ANGELES, CA, 90021

## Rights and Permissions

Organization Name: FABRIC SELECTION, INC.

Name: RITA NEMAN

Email: rita@fabricselection.com                    Telephone: 213-747-6297

Address: 800 E. 14TH STREET

LOS ANGELES, CA 90021

## Certification

Name: RITA NEMAN

Date: June 7, 2014

Exhibit 34 - Page 96

# EXHIBIT 35

Exhibit 35 - Page 97



Exhibit 35 - Page 98

# EXHIBIT 36

Exhibit 36 - Page 99



Exhibit 36 - Page 100

# EXHIBIT 37

Exhibit 37 - Page 101

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-180-606

**Effective date of
registration:**

August 9, 2014

---

## Title ────────────────

| | |
|---|---|
| **Title of Work:** | TRANDON COLLECTION 2014 |
| **Contents Titles:** | DU804 |
| | DU805 |
| | DU808 |
| | DU809 |
| | SE40802 |
| | SE40807 |
| | SE40808 |
| | SE40810 |
| | SE407116 |
| | SE407117 |
| | SE407124 |
| | SE407126 |
| | SE407132 |
| | SE407133 |
| | SE407134 |

## Completion/Publication ────────────

**Year of Completion:** 2014

## Author ────────────────

| | |
|---|---|
| **Author:** | FABRIC SELECTION, INC. |
| **Author Created:** | DESIGN ON SHEETLIKE MATERIAL |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright claimant ────────────

Page 1 of 2

**Exhibit 37 – Page 102**

Copyright Claimant: FABRIC SELECTION, INC.

800 E. 14TH STREET, LOS ANGELES, CA, 90021, United States

## Rights and Permissions

Organization Name: FABRIC SELECTION, INC.

Name: RITA NEMAN

Email: rita@fabricselection.com                    Telephone: 213-747-6297

Address: 800 E. 14TH STREET

LOS ANGELES, CA 90021  United States

## Certification

Name: RITA NEMAN

Date: August 9, 2014



Page 2 of 2

**Exhibit 37 - Page 103**

# EXHIBIT 38

Exhibit 38 - Page 104



Exhibit 38 - Page 105

# EXHIBIT 39

Exhibit 39 - Page 106

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-180-626**

**Effective date of
registration:**

August 2, 2014

### Title

|   |   |
|---|---|
| **Title of Work:** | THATCHER COLLECTION 2014 |
| **Contents Titles:** | SE407136 |
|  | SE407137 |
|  | SE407138 |
|  | SE407139 |

### Completion/Publication

**Year of Completion:** 2014

### Author

|   |   |
|---|---|
| **Author:** | FABRIC SELECTION, INC. |
| **Author Created:** | DESIGN ON SHEETLIKE MATERIAL |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States   **Domiciled in:** United States |

### Copyright claimant

**Copyright Claimant:** FABRIC SELECTION, INC.

800 E. 14TH STREET, LOS ANGELES, CA, 90021, United States

### Rights and Permissions

|   |   |
|---|---|
| **Organization Name:** | FABRIC SELECTION, INC. |
| **Name:** | RITA NEMAN |
| **Email:** | rita@fabricselection.com    **Telephone:** 213-747-6297 |
| **Address:** | 800 E. 14TH STREET |
|  | LOS ANGELES, CA 90021 United States |

### Certification

Page 1 of 2

**Exhibit 39 – Page 107**

Name:   RITA NEMAN

Date:   August 2, 2014



Exhibit 39 - Page 108

# EXHIBIT 40

Exhibit 40 – Page 109



Exhibit 40 - Page 110

# EXHIBIT 41

Exhibit 41 - Page 111

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-187-459

**Effective date of registration:**

November 6, 2014

---

## Title

|                   |                         |
|-------------------|-------------------------|
| **Title of Work:** | VOLKOV COLLECTION 2014 |
| **Contents Titles:** | SE41051 |
|  | SE41052 |
|  | SE41053 |
|  | SE41066 |
|  | SE41067 |
|  | SE41079 |
|  | SE41080 |
|  | SE41083 |
|  | SE41085 |
|  | SE41086 |
|  | SE41088 |
|  | SE41089 |
|  | SE41090 |
|  | SE41092 |
|  | SE41093 |
|  | SE41094 |
|  | SE41099 |
|  | SE410100 |
|  | SE410102 |
|  | SE410106 |
|  | SE410108 |

## Completion/Publication

**Year of Completion:** 2014

## Author

**Exhibit 41 – Page 112**

Author: FABRIC SELECTION, INC.

Author Created: DESIGN ON SHEETLIKE MATERIAL

Work made for hire: Yes

Citizen of: United States          Domiciled in: United States

## Copyright claimant

Copyright Claimant: FABRIC SELECTION, INC.

800 E 14TH STREET, LOS ANGELES, CA, 90021

## Rights and Permissions

Organization Name: FABRIC SELECTION, INC.

Name: RITA NEMAN

Email: rita@fabricselection.com          Telephone: 213-747-6297

Address: 800 E. 14TH STREET

LOS ANGELES, CA 90021

## Certification

Name: RITA NEMAN

Date: November 6, 2014



Exhibit 41 – Page 113

# EXHIBIT 42

Exhibit 42 - Page 114



Exhibit 42 - Page 115

# EXHIBIT 43

Exhibit 43 - Page 116

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# VAu 1-193-175

**Effective date of
registration:**

December 18, 2014

## Title

| | |
|---|---|
| **Title of Work:** | WASHINGTON COLLECTION 2014 |
| **Contents Titles:** | SE41246 |
| | SE41254 |
| | SE41255 |
| | SE41256 |
| | SE41283 |
| | SE41285 |
| | SE41288 |
| | SE41290 |
| | SE41293 |
| | SE41294 |
| | SE41295 |
| | SE41296 |
| | SE412103 |
| | SE412104 |
| | SE412106 |

## Completion/Publication

**Year of Completion:** 2014

## Author

| | |
|---|---|
| **Author:** | FABRIC SELECTION, INC. |
| **Author Created:** | DESIGN ON SHEETLIKE MATERIAL |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright claimant

Page 1 of 2

**Exhibit 43 - Page 117**

Copyright Claimant:   FABRIC SELECTION, INC.

800 E 14TH STREET, LOS ANGELES, CA, 90021

## Rights and Permissions

Organization Name:   FABRIC SELECTION, INC.

Name:   RITA  NEMAN

Email:   rita@fabricselection.com                    Telephone:   213-747-6197

Address:   800 E. 14TH STREET

LOS ANGELES, CA 90021  United States

## Certification

Name:   RITA NEMAN

Date:   December 18, 2014



Exhibit 43 - Page 118