# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Fabric Selection, Inc. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:18-cv-04626 DSF(Ex) |
| v. | |
| Topson Downs of California, Inc. et al | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (RELATED CASES) |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 16-05.

June 1, 2018      *Christina A. Snyder* (signature)
Date      Christina A. Snyder
     United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

Date      United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case __2:17-cv-05721 CAS(AFMx)__ and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge __Eick__ to Magistrate Judge __MacKinnon__.

On all documents subsequently filed in this case, please substitute the initials __CAS(AFMx)__ after the case number in place of the initials of the prior judge, so that the case number will read __2:18-cv-04626 CAS(AFMx)__. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] *Previous Judge*    [ ] *Statistics Clerk*

CV-34 (10/16)      **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (Related Cases)**