| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Michael Baum SBN 65158<br>RESCH POLSTER & BERGER LLP<br>1840 CENTURY PARK EAST 17TH FL.<br>LOS ANGELES CA 90067<br>ATTORNEY FOR    Plaintiff | TELEPHONE NUMBER<br>(310) 277-8300<br><br>Ref. No. or File No.<br>4729-00499 | FOR COURT USE ONLY |
|---|---|---|
| UNITED STATES DISTRICT COURT - FIRST STREET FEDERAL COURTHOUSE LOS ANGELES<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Fabric Selection v. Topson Downs of California, Inc. (v2) | | |
| INVOICE NO.    DATE:    TIME:    DEP./DIV.<br>2039988 | | CASE NUMBER:<br>2:18-cv-04626-DSF (Ex) |

United States District Court

Declaration of Service

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

Summons; Complaint ; Civil Cover Sheet; Certification and Notice of Interested Parties; Report on the Filing or Determination of an Action or Appeal Regarding a Copyright ; Notice of Assignment to United States Judges ; Notice to Parties of Court Directed ADR Program; Standing Order for Cases Assigned to Judge Dale S. Fischer ;

Topson Downs of California, Inc., a California corporation
Robert Handler, Agent for Service

At: 3840 Watseka Avenue
   Culver City, CA 90232

I served the party by substituted service. By leaving copies with:

Treesa Lewis
Gender: F   AGE: 38   Height: 5'7   Weight: 150   Race: Black   Hair: Brown   Other: Brown eyes
Whose title is: Receptionist

On: 5/30/2018                    At: 01:13 PM

A declaration of mailing is attached

Person who served papers

CONTINUED ON NEXT PAGE

Declaration of Service

Billing Code: 4729-00499

| PLAINTIFF/PETITIONER: Fabric Selection | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Topson Downs of California, Inc. (v2) | 2:18-cv-04626-DSF (Ex) |

a. Name: Vincent Avila
b. Address: 1545 Wilshire Blvd. Suite 311, Los Angeles, CA 90017
c. Telephone number: 213-628-6338
d. The fee for this service was: 226.75
e. I am:
(3) [X] a registered CA process server:
    (i) [X] Employee
    (ii) Registration No.: 6089
    (iii) County: Los Angeles

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

6/4/2018

Vincent Avila

**Declaration of Service**

Billing Code: 4729-00499

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Michael Baum SBN 65158<br>**RESCH POLSTER & BERGER LLP**<br>**1840 CENTURY PARK EAST 17TH FL.**<br>**LOS ANGELES, CA 90067**<br>ATTORNEY FOR  **Plaintiff** | TELEPHONE NUMBER<br>(310) 277-8300 | FOR COURT USE ONLY |
|---|---|---|
| FIRST STREET FEDERAL COURTHOUSE LOS ANGELES<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Fabric Selection v. Topson Downs of California, Inc. (v2) | | |
| DATE:        TIME:        DEP./DIV. | | CASE NUMBER:<br>2:18-cv-04626-DSF (Ex) |
| **Declaration of Service by Mail** | | Ref. No. or File No:<br>4729-00499 |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **06/01/2018**, I served the within:
**Summons; Complaint ; Civil Cover Sheet; Certification and Notice of Interested Parties; Report on the Filing or Determination of an Action or Appeal Regarding a Copyright ; Notice of Assignment to United States Judges ; Notice to Parties of Court Directed ADR Program; Standing Order for Cases Assigned to Judge Dale S. Fischer ;**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Los Angeles**, California, addressed as follows:

**Topson Downs of California, Inc., a California corporation**   in Care of Robert Handler, Agent for Service
**3840 Watseka Avenue   Culver City, CA 90232**

Declarant:

   a. Name: **Dave Casey**
   b. Address: **1545 Wilshire Blvd.  Suite 311, Los Angeles, CA 90017**
   c. Telephone number: **213-628-6338**
   d. **The fee** for this service was: **226.75**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Dave Casey                                    Date: **06/04/2018**