MICHAEL C. BAUM (SBN 65158)
E-Mail: mbaum@rpblaw.com
ANDREW V. JABLON (SBN 199083)
E-Mail: ajablon@rpblaw.com
STACEY N. KNOX (SBN 192966)
E-Mail: sknox@rpblaw.com
RESCH POLSTER & BERGER LLP
1840 Century Park East, 17th Floor
Los Angeles, California 90067
Telephone: 310-277-8300
Facsimile: 310-552-3209

Attorneys for Plaintiff
Fabric Selection, Inc. and Counterclaim Defendant

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FABRIC SELECTION, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TOPSON DOWNS OF CALIFORNIA, INC., a California corporation; WAL-MART STORES, INC., a Delaware corporation; DANIEL ABRAMOVITCH, an individual; and DOES 1 through 50, inclusive,<br>Defendants,<br><br>Defendant. | Case No.: 2:18-cv-04626-CAS-AFMx<br><br>**[PROPOSED]** ORDER RE STIPULATION RE PROTECTIVE ORDER<br><br>Trial Date: None Set |
| TOPSON DOWNS OF CALIFORNIA, INC., a California corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>FABRIC SELECTION, INC., a California corporation,<br><br>Counterclaim Defendant. | |

628250.1

1  The parties to this action, Plaintiff Fabric Selection, Inc. ("**Plaintiff**"), and
2 Defendants Topson Downs of California, Inc., Wal-Mart Stores, Inc. and Daniel
3 Abramovitch (collectively "**Defendants**"), have submitted a **STIPULATION RE**
4 **PROTECTIVE ORDER** dated July 20, 2018 ("Stipulation")

Based on said stipulation, and other good cause appearing therefor, the Court ORDERS that Plaintiff and Defendants in the matter of *Fabric Selection, Inc. v. Topson Downs of California, Inc.*, United States District Case No.: 2:18-cv-04626-CAS-AFMx ("**TOPSON 2**") mutually agree that both may use in connection with proceedings in **TOPSON 2** all documents which were produced, or testimony elicited, subject to the Protective Order dated April 26, 2018 [Docket No. 34] in the matter of *Fabric Selection, Inc. v. Topson Downs of California, Inc.*, United States District Case No. 2:17-cv-05721-CAS-AFM "**TOPSON 1**".

Said documents shall be utilized subject to the same terms and conditions of the Protective Order in Topson 1.

Defendants' Agreement to this Stipulation shall not constitute a waiver of their position regarding the pending consolidation or arbitration Motions in Topson 2, and shall not be used as evidence of an agreement to or acquiescence in connection with the same.

**IT IS SO ORDERED.**

DATED:  7/24/ 2018

*[signature]*

Alexander F. MacKinnon
UNITED STATES MAGISTRATE JUDGE

628250.1                     2